# United States Court of Appeals
## For the First Circuit

_____

No. 11-1792

UNITED STATES

Appellee

v.

BRIMA WURIE

Defendant - Appellant

_____

Before

Howard, Stahl and Lipez,
<u>Circuit Judges</u>.

_____

**ORDER OF COURT**
Entered:  August 30, 2013

Appellant's motion to reconsider the court's August 2, 2013 order is denied.


By the Court:
<u>/s/ Margaret Carter, Clerk</u>.




cc:
Dina Chaitowitz
Michael Dreeben
Kelly Lawrence
John Wortmann, Jr.
Ian Gold