

**U.S. Department of Justice**

*Carmen M. Ortiz*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*            *John Joseph Moakley United States Courthouse*
                                            *1 Courthouse Way*
                                            *Suite 9200*
                                            *Boston, Massachusetts 02210*

January 27, 2014

<u>Filed Electronically</u>

Margaret Carter, Esq.
Clerk of Court
Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**Re:**    ***United States v. Wurie*, Appeal No. 11-1792**

Dear Ms. Carter:

I write pursuant to the Court's order of August 19, 2013 to notify the Court that the Supreme Court granted the government's petition for a writ of certiorari in this case on January 17, 2014. *See United States v. Wurie*, S. Ct. Docket No. 13-212 (attached).

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:    */s/ Kelly Begg Lawrence*
       KELLY BEGG LAWRENCE
       Assistant U.S. Attorney

cc:    Ian Gold, Esq.
       Judith Mizner, Esq.
       Federal Public Defender Office
       51 Sleeper Street, 5th Floor
       Boston, MA 02210



**SUPREME COURT**
O F   T H E   U N I T E D   S T A T E S

No. 13-212
Title:
    United States, Petitioner

    v.

    Brima Wurie

Docketed:     August 15, 2013
Lower Ct:     United States Court of Appeals for the First Circuit
  Case Nos.:  (11-1792)
  Decision Date:  May 17, 2013
**Questions**
**Presented**

~~~Date~~~ ~~~~~~~Proceedings  and  Orders~~~~~~~~~~~~~~~~~~~~~~

Aug 15 2013  Petition for a writ of certiorari filed. (Response due September 16, 2013)
Sep 6 2013  Order extending time to file response to petition to and including October 16, 2013.
Oct 8 2013  Order further extending time to file response to petition to and including November 15, 2013.
Nov 15 2013  Brief of respondent Brima Wurie in opposition filed.
Nov 15 2013  Motion for leave to proceed in forma pauperis filed by respondent Brima Wurie.
Nov 20 2013  DISTRIBUTED for Conference of December 6, 2013.
Nov 20 2013  Reply of petitioner United States filed. (Distributed)
Dec 31 2013  DISTRIBUTED for Conference of January 17, 2014.
Jan 17 2014  Motion for leave to proceed in forma pauperis filed by respondent GRANTED.
Jan 17 2014  Petition GRANTED.

---

~~Name~~~~~~~~~~~~~~~~~~~~~     ~~~~~~~Address~~~~~~~~~~~~~~~~~~     ~~Phone~~~
**Attorneys for Petitioner:**
Donald B. Verrilli Jr.                                   Solicitor General                                   (202) 514-221
   Counsel of Record                                United States Department of Justice
                                                         950 Pennsylvania Avenue, N.W.
                                                         Washington, DC  20530-0001
                                                         SupremeCtBriefs@USDOJ.gov
  Party name: United States
**Attorneys for Respondent:**
Judith H. Mizner                                         Assistant Federal Public Defender                  (617) 223-806
   Counsel of Record                                Federal Defender Office

51 Sleeper Street, 5th Floor
Boston, MA  02210
judith_mizner@fd.org

Party name: Brima Wurie

DECISION BELOW: 728 F.3d 1

LOWER COURT CASE NUMBER: 11-1792

QUESTION PRESENTED:

Whether the Fourth Amendment permits the police, without obtaining a warrant, to review the call log of a cell phone found on a person who has been lawfully arrested.


CERT. GRANTED 1/17/2014