OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

February 19, 2014

Rob Farrell, Clerk
US District Court of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: 11-1792 US v. Wurie
    1:08-cr-10071-RGS-1

Dear Clerk Farrell:

    Enclosed please find a copy of a letter from the United States Supreme Court regarding the above referenced case.

    Please transmit the original record in its entirety to the United States Supreme Court as outlined in the enclosed letter.

Thank you for your cooperation.

    Sincerely,
    Adam Sparrow
    Case Manager
    U.S. Court of Appeals
    for the First Circuit
    (617) 748-9060

Enclosure

cc:
Dina Chaitowitz
Michael Dreeben
Kelly Lawrence
John Wortmann, Jr.
Ian Gold