OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

February 19, 2014

Scott S. Harris, Clerk
United States Supreme Court
Office of the Clerk
Washington, DC 20543

Re: 11-1792 US v. Wurie
    1:08-cr-10071-RGS-1

Dear Clerk Harris:

    I am writing in regard to the above referenced case. Per your request, enclosed please find certified copy of the First Circuit docket sheet, the appendix and sealed supplemental appendix filed in the Court of Appeals. All other filings are available electronically through PACER. By separate letter dated February 19, 2014, the District Court for the District of Massachusetts was instructed to forward the original record to your office.

    Kindly acknowledge receipt of this letter on the enclosed copy. If you should have any questions, please do not hesitate to contact me.

Sincerely,
Adam Sparrow
Case Manager
U.S. Court of Appeals
for the First Circuit
(617) 748-9060

Enclosure

cc:
Dina Chaitowitz
Michael Dreeben
Kelly Lawrence
John Wortmann, Jr.
Ian Gold